## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------- :

**IN RE YASMIN AND YAZ**         :      **3:09-md-02100-DRH-CJP**
**(DROSPIRENONE) MARKETING**    :
**SALES PRACTICES AND RELEVANT**   :     **MDL No. 2100**
**PRODUCTS LIABILITY LITIGATION**   :

---------------------------------------------------- :     **Judge David R. Herndon**

**This Document Relates to:**           :
                                    :

**JESSICA L. BENNETT AND RANDY E.** :
**BENNETT,**                                :
        **Plaintiffs,**              :
                                    :

        **v.**                        :     **Case No.: 3:10-cv-11815-DRH-PMF**
                                    :

**BAYER CORPORATION et al.,**         :
        **Defendants.**            :


## <u>ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>


      This matter is before the Court on Plaintiffs' motion for leave to file a first amended complaint for the dual purpose of removing Randy E. Bennett as a named plaintiff and removing the claim for loss of consortium.  Upon consideration of Plaintiffs' motion the Court finds as follows:

      Plaintiffs' Motion to file First Amended Complaint is **GRANTED**.  Further, the Court **DIRECTS Plaintiffs to file the amended complaint instanter.  SO ORDERED:**


/s/    *David R Herndon*

Chief Judge
United States District Court            DATE:  August 27, 2010